

# Your Missouri Courts .net

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess Logoff EDWARD_ZEIDLER |

**2222-CC08421 - DEREK STEINBROOK V SPEE-DEE COURIER INC ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**08/31/2022** ☐ **Notice of Service**
Return of Service.
**Filed By:** BRENT ALAN SUMNER
**On Behalf Of:** DEREK STEINBROOK

☐ **Return Service - Other**
Document ID - 22-SMOS-2045; Served To - SPEE-DEE COURIER INC.; Server - ; Served Date - 25-AUG-22; Served Time - 00:00:00; Service Type - Other; Reason Description - Served

**08/29/2022** ☐ **Summons Personally Served**
Document ID - 22-SMOS-2046; Served To - ROESCH, NATHAN K; Server - ; Served Date - 23-AUG-22; Served Time - 20:10:00; Service Type - Sheriff Department; Reason Description - Served

**07/27/2022** ☐ **Jury Trial Scheduled**
**Scheduled For:** 01/17/2023; 9:00 AM ; MICHAEL FRANCIS STELZER; City of St. Louis

**07/19/2022** ☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 22-SMOS-2046, for ROESCH, NATHAN K.

☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 22-SMOS-2045, for SPEE-DEE COURIER INC..

☐ **Confid Filing Info Sheet Filed**
**Filed By:** BRENT ALAN SUMNER

☐ **Note to Clerk eFiling**
**Filed By:** BRENT ALAN SUMNER

☐ **Pet Filed in Circuit Ct**
Petition.
**Filed By:** BRENT ALAN SUMNER
**On Behalf Of:** DEREK STEINBROOK

☐ **Judge Assigned**

---

Case.net Version 5.14.58                Return to Top of Page                Released 08/24/2022

https://www.courts.mo.gov/casenet/cases/searchDockets.do                 1/1


EXHIBIT A

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

2206131
P2 8-25
RECEIVED AUG 11 2022

| Judge or Division: MICHAEL FRANCIS STELZER | Case Number: 2222-CC08421 | |
|---|---|---|
| Plaintiff/Petitioner: DEREK STEINBROOK | Plaintiff's/Petitioner's Attorney/Address: BRENT ALAN SUMNER 7777 BONHOMME STE. 2100 CLAYTON, MO 63105 | |
| vs. | | |
| Defendant/Respondent: SPEE-DEE COURIER INC. | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit: CC Pers Injury-Vehicular | | |

## Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: SPEE-DEE COURIER INC.
Alias: FKA SPEE DEE DELIVERY SERVICE INC

DANIEL A HUNTLEY, RAGT
120 W STATE ST SUITE 400
ROCKFORD, IL 61101

WINNEBAGO COUNTY, ILLINOIS

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 19, 2022 _____ Thomas Kloeppinger
        Date                           Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _DEPUTY_ of _WINNEBAGO_ County, _IL_ (state).
3. I have served the above summons by: (check one)
   ☒ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____

Served at _120 W. STATE ST. SUITE 400_ (address)
in _WINNEBAGO_ County, _IL_ (state), on _8/25/22_ (date) at _1045_ (time).

_PATRICK HASTINGS_                    _Patrick Hastings_ 4169
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Subscribed and sworn to before me this _25th_ (day) _August_ (month) _2022_ (year).

I am: (check one)
☒ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

OFFICIAL SEAL
STEPHANIE NAVARRA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/02/24

Executive Assistant
_Signature_ 8-25-2022
Signature and Title

### Service Fees
Summons $_____
Non Est  $_____
Mileage  $_____ ( _____ miles @ $_____ per mile)
Total    $_____

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) For Court Use Only: Document ID# 22-SMOS-2045     1 of 2 (2222-CC08421)     Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Electronically Filed - City of St. Louis - August 31, 2022 - 10:58 AM

Electronically Filed - City of St. Louis - August 31, 2022 - 10:58 AM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - August 31, 2022 - 10:58 AM

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

22ND JUDICIAL CIRCUIT CIRCUIT CLERK'S OFFICE FILED 22 AUG 29 AM 9:15

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC08421 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DEREK STEINBROOK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>BRENT ALAN SUMNER<br>7777 BONHOMME<br>STE. 2100<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>SPEE-DEE COURIER INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

## Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

**The State of Missouri to:** NATHAN K ROESCH
Alias:
2404 FOUR LAKES DRIVE
BELLEVILLE, IL 62220

**ST CLAIR COUNTY, ILLINOIS**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 19, 2022                              _Thomas Kloeppinger_
Date                                       Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy Sheriff_ of _St Clair_ County, _IL_ (state).
3. I have served the above summons by: (check one)
   [X] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   [ ] other: _____

Served at _2404 Four Lakes Dr, Belleville,_ (address) in _St Clair_ County, _IL_ (state), on _8-23-22_ (date) at _8:10 pm_ (time).

_Steven F. Bostick #365_                    _Steven F. Bostick_
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Subscribed and sworn to before me this ____ (day) ____ (month) ____ (year).

I am: (check one)
[ ] the clerk of the court of which affiant is an officer.
[ ] the judge of the court of which affiant is an officer.
[ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
[ ] authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

**ENTERED AUG 30 2022 MAM**

**Service Fees**
Summons        $_____
Non Est        $_____
Mileage        $_____ (____ miles @ $____ per mile)
Total          $_____

See the following page for directions to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC08421 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DEREK STEINBROOK | Plaintiff's/Petitioner's Attorney/Address:<br>BRENT ALAN SUMNER<br>7777 BONHOMME<br>STE. 2100<br>CLAYTON, MO  63105 | |
| vs. | | |
| Defendant/Respondent:<br>SPEE-DEE COURIER INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: NATHAN K ROESCH
Alias:

2404 FOUR LAKES DRIVE
BELLEVILLE, IL  62220

ST CLAIR COUNTY, ILLINOIS

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**CITY OF ST LOUIS**

**July 19, 2022**
_____         _____
Date                            Clerk

Further Information: _____

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

**Service Fees**
Summons     $_____
Non Est     $_____
Mileage     $_____ (_____ miles @ $_____ per mile)
Total       $_____

See the following page for directions to officer making return on service of summons.

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC08421 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DEREK STEINBROOK | Plaintiff's/Petitioner's Attorney/Address:<br>BRENT ALAN SUMNER<br>7777 BONHOMME<br>STE. 2100<br>CLAYTON, MO  63105 | |
| vs. | | |
| Defendant/Respondent:<br>SPEE-DEE COURIER INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: SPEE-DEE COURIER INC.
Alias: FKA SPEE DEE DELIVERY SERVICE INC

DANIEL A HUNTLEY, RAGT
120 W STATE ST SUITE 400
ROCKFORD, IL  61101

**WINNEBAGO COUNTY, ILLINOIS**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**July 19, 2022**
_____
Date                Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

**Service Fees**
Summons    $_____
Non Est    $_____
Mileage    $_____ ( _____ miles @ $ _____ per mile)
Total      $_____

See the following page for directions to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| DEREK STEINBROOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: |
| ) | |
| ) | Division No. |
| SPEE-DEE COURIER, INC. f/k/a SPEE ) | |
| DEE DELIVERY SERVICE, INC., ) | |
| Serve: ) | |
| Daniel A. Huntley, Registered Agent ) | |
| 120 W. State St, Suite 400 ) | |
| Rockford, Illinois 61101 ) | |
| ) | JURY TRIAL REQUESTED |
| and ) | |
| ) | |
| NATHAN K. ROESCH, ) | |
| Serve: ) | |
| Nathan K. Roesch ) | |
| 2404 Four Lakes Drive ) | |
| Belleville, Illinois 62220 ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR DAMAGES

COMES NOW Plaintiff Derek Steinbrook, by and through The Sumner Law Group LLC, and for his cause of action against Defendants Spee-Dee Courier, Inc. f/k/a Spee Dee Delivery Service, Inc. and Nathan K. Roesch, states as follows:

### PARTIES & GENERAL ALLEGATIONS

1. Plaintiff is a resident of St. Louis, St. Louis County, Missouri.

2. Defendant, Spee-Dee Courier, Inc. f/k/a Spee Dee Delivery Service, Inc. (hereinafter "Spee Dee Delivery Service, Inc."), is an active, domestic corporation within the State of Illinois and pursuant to RSMO 506.150(5) is subject to service of process upon its registered agent, Daniel Huntley.

1

3. Defendant, Nathan K. Roesch, is and was at all times relevant herein a resident of Belleville, St. Clair County, Illinois.

4. The vehicle collision hereinafter specifically mentioned occurred in St. Louis City, Missouri; and that the Court has jurisdiction over the subject matter of this action and personal jurisdiction over both Defendants.

5. Gravois Avenue is a public and open roadway within the County of St. Louis, State of Missouri.

6. On June 19, 2019, Plaintiff was operating a motorcycle on Gravois Avenue.

7. On June 19, 2019, Defendant Nathan K. Roesch was operating a commercial truck in the course and scope of his employment with Spee Dee Delivery Service, Inc. and was stopped on the right side of Gravois Avenue.

8. Defendant, Nathan K. Roesch, operated the commercial truck in such a way as to cause a crash with Plaintiff, which caused the below referenced injuries.

## COUNT I – NEGLIGENCE
## DEREK STEINBROOK VS. NATHAN ROESCH

9. Plaintiff realleges and reincorporates paragraphs 1-8 as if fully set forth herein.

10. Defendant, Nathan Roesch, owed Plaintiff a personal duty to operate the commercial truck with the highest degree of care and to follow all rules of the road, each of which were and are duties owed to all drivers using Missouri roads. His failure to do so was therefore negligent, reckless and careless in the following respects:

   a) He failed to keep a careful lookout;

    b)    He failed to stop, swerve, slacken speed or otherwise take evasive action at a time, when in the exercise of the highest degree of care, Defendant could have known that there was a likelihood of collision;

    c)    He made an improper u-turn; and

    d)    He failed to yield the right of way to oncoming traffic.

11. That as a direct and proximate result of the Defendant, Nathan K. Roesch's negligence, Plaintiff suffered from and continues to suffer from physical injury.

12. That as a direct and proximate result of the Defendant, Nathan K. Roesch's negligence, Plaintiff suffered and continues to suffer from a head injury, broken jaw, scapula fracture, fractured ribs, spleen injury, back injury, compound fractures to both arms, and injury to his left wrist.

13. Defendant, Nathan K. Roesch should have realized his conduct involved an unreasonable risk of causing physical injury.

14. As a direct and proximate cause of Defendant, Nathan K. Roesch's negligence, Plaintiff has required medical treatment.

15. As a direct and proximate cause of Defendant, Nathan K. Roesch's negligence, Plaintiff will be required to receive medical treatment in the future.

16. That as a result of said injuries, Plaintiff incurred, and will continue to incur significant medical expenses.

17. As a direct and proximate cause of Defendant, Nathan K. Roesch's negligence, Plaintiff has been unable to work and may be unable to work in the future.

18. As a direct and proximate cause of Defendant, Nathan K. Roesch's negligence, Plaintiff lost sums of money due to his inability to work.

Electronically Filed - City of St. Louis - July 19, 2022 - 11:26 AM

**WHEREFORE**, Plaintiff prays for judgment against Defendant, Nathan K. Roesch, in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars ($25,000.00), pre-judgment interest per Missouri Statute, his costs herein expended and for such other relief as this Court deems just and proper.

## COUNT II – NEGLIGENCE PER SE
## DEREK STEINBROOK VS. NATHAN K. ROESCH

COMES NOW Plaintiff, by and through counsel, and in Count II of his Petition for Damages against Defendant, Nathan K. Roesch, states and alleges the following:

19. Plaintiff hereby incorporates by reference paragraphs 1 through 18 above as though fully set forth below.

20. The City of St. Louis, Missouri adopted the St. Louis City Code of Ordinances. St. Louis, MO Code of Ordinance Section 17.12.020 provides that the driver of any vehicle shall not turn such vehicle so as to proceed in the opposite direction unless such movement can be made in safety and without interfering with other traffic.

21. As a direct and proximate result of the negligence of Defendant, Nathan K. Roesch, Derek Steinbrook was caused to suffer a severe and permanent injury to his head, jaw, scapula, ribs, spleen, back, left arm, right arm and left wrist, severe physical pain, severe mental anguish, required medical and hospital treatment, lost income, and continues to suffer pain and complications to his injuries.

22. The conduct described in Count II created a high degree of probability of injury to others and thereby showed complete indifference to and conscious disregard for the safety of others, including Derek Steinbrook.

WHEREFORE, Plaintiff prays for judgment against Defendant Nathan K. Roesch on Count II of his Petition for Damages for sums that are fair and reasonable, for the costs incurred herein, for

prejudgment interest, for reasonable attorney's fees, and for any other such relief as the Court deems just and proper.

### COUNT III - VICARIOUS LIABILITY
### DEREK STEINBROOK VS. SPEE DEE DELIVERY SERVICE, INC.

23. Plaintiff hereby incorporates by reference paragraphs 1 through 22 above as if fully set forth herein by reference.

24. That at all times relevant herein, Defendant, Nathan K. Roesch, was employed by Spee Dee Delivery Service, Inc.

25. At the time of this incident, Defendant, Nathan K. Roesch, was furthering the business interests of his employer, making it vicariously liable for those actions.

**WHEREFORE**, Plaintiff prays judgment against Defendant, Spee Dee Delivery Service, Inc., in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), pre-judgment interest, for costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

THE SUMNER LAW GROUP, LLC

By____/s/ Brent Sumner____
　　Brent A. Sumner, #59460
　　K. Lindsay Rakers, #51754
　　7777 Bonhomme Avenue, Suite 2100
　　Clayton, Missouri 63105
　　Telephone: 314-669-0048
　　Fax: 888-259-7550
　　brent@sumnerlawgroup.com
　　lindsay@sumnerlawgroup.com
　　*Attorneys for Plaintiff*